No. 04–907. APPOLO FUELS, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–960. SPURGEON v. FLEMING, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX. C. A. 9th Cir. Certiorari denied.

No. 04–987. ZIMMER ET AL. v. FISERV SERVICES, INC., AS SUCCESSOR TO FISERV CORRESPONDENT SERVICES, INC. C. A. 2d Cir. Certiorari denied.

No. 04–1003. DOWTY v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 04–1007. MERCER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–1013. WALLACE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–1019. DHINSA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–6030. ADAMS v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6444. ANDREWS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6524. OGROD v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 04–6711. OVIEDO v. MYERS, FKA OVIEDO. Super. Ct. Gwinnett County, Ga. Certiorari denied.

No. 04–6713. NUNES v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–7040. BARAJAS-AVALOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7094. DIXON v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.